PD-0231-15

PD-0231-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/26/2015 6:29:08 PM
Accepted 3/2/2015 10:30:43 AM
ABEL ACOSTA
CLERK

IN THE

COURT OF CRIMINAL APPEALS

OF TEXAS

| | | |
|---|---|---|
| OSVALDO MIGUEL PEREZ, | | |
| Appellant, | § | Eighth Court of Appeals |
| | § | No. 08-13-00024-CR |
| vs. | §Appeal from the Criminal District Court | |
| | §Number One of El Paso County, Texas | |
| THE STATE OF TEXAS, | § | TC No. 20120D01211 |
| | § | |
| Appellee, | § | |

**MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW**

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Appellant files this motion for an extension of 45 days in which to file the Appellant's Petition for Discretionary Review. In support of this motion, Appellant would show the Court the following:

I.

The Appellant was charged in a three count indictment with unlawful possession of cocaine with the intent to deliver; unlawful possession of a firearm by a felon; and unlawful possession of metal or body armor by a felon, cause No. 20120D01211, styled *The State of Texas v. Osvaldo Miguel Perez* before Criminal District Court Number One of El Paso County, Texas, the Honorable Peter Peca, judge presiding. Appellant filed a pretrial motion to suppress evidence alleging a lack of probable cause to justify the issuance of the search warrant which was used

to justify the search of his home. The trial court denied the motion. Appellant pled guilty pursuant to a plea agreement and his punishment was assessed by the trial court at 3 and ½ years in prison on each count, all sentences to run concurrently.

Appellant filed a timely Notice of Appeal on February 1, 2013. On December 19, 2014, the Eighth Court affirmed Appellant's conviction. A motion for rehearing was timely filed on January 6, 2015 and denied on January 28, 2015.

## II.

The deadline for filing the Appellant's Petition for Discretionary Review is **February 27, 2015. Appellant** requests a **45 day extension** of time until April 13, 2015 for Appellant to file his Petition for Discretionary Review. This is the first requested extension.

## III.

Appellant's request for an extension is based upon the following:

Counsel was retained by Perez to prepare a petition for discretionary review on February 26, 2015.

WHEREFORE, the undersigned counsel prays that the Court grant this Motion and extend the deadline for filing Appellant's Petition for Discretionary Review to April 13, 2015.

Respectfully submitted,


/s/ Ruben P. Morales
RUBEN P. MORALES
Attorney for Appellant
State Bar No. 14419100
718 Myrtle Avenue
El Paso, Texas 79901
(915) 542 - 0388
(915) 225 - 5132 fax
rbnpmrls@gmail.com

## CERTIFICATE OF SERVICE

I, RUBEN P. MORALES, certify that a true and correct copy of the foregoing instrument has been delivered to the District Attorney's Office, 500 E. San Antonio St., Room 201, El Paso**,** Texas 79901, and to the State Prosecuting Attorney, P. 0. Box 12405, Austin, TX 78711, on February 26, 2015.

/s/ Ruben P. Morales
RUBEN P. MORALES